JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
 *JDunn@GGTrialLaw.com*
 *MHale@GGTrialLaw.com*
 *MBurnette@GGTrialLaw.com*

*Attorneys for Plaintiff*
*Brad Maltby*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRAD MALTBY, an individual,<br><br>               Plaintiff,<br><br>        v.<br><br>PACIFIC PAPER TUBE, LLC, a California limited liability company; PACIFIC PAPER TUBE, INC., a California corporation,<br><br>               Defendants. | Case No.: 2:25-cv-00739-APG-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

///

///

///

///

///

///

        Plaintiff Brad Maltby ("Plaintiff"), by and through his counsel of record, the law firm of

-1-
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Greenberg Gross LLP, and Defendants Pacific Paper Tube, LLC and Pacific Paper Tube, Inc. ("Defendants"), by and through their counsel of record, the law firm of O'Hagan Meyer PLLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice in this action, including all claims against all parties, with each party to bear its own attorneys' fees and costs.

Dated this 26th day of January 2026

/s/ Michael A. Burnette
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

/s/ Jorge "Coco" Padilla
MARCUS J. LEE
Nevada Bar No. 15769
JORGE "COCO" PADILLA
Nevada Bar No. 16295
O'HAGAN MEYER PLLC
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101

*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED:

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED:   January 27, 2026

-2-
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE